IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | CV-06-1097-MHT |
| ) | |
| LOWDER CONSTRUCTION ) | |
| COMPANY, INC. and COLONIAL ) | |
| REALTY LIMITED PARTNERSHIP, ) | |
| d/b/a COLONIAL PROPERTIES REALTY ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**There are no entities to be reported.**

Dated this 1st day of March, 2007.

_____
Kile T. Turner
Counsel for Amerisure Insurance Company

Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama  35203
Tele:  (205) 328-6643
Fax:   (205) 251-5479
Email:  kturner@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed on this the 1st day of March, 2007, as follows:

Tabor Novak, Esq.
Ball, Ball, Matthews & Novak, P.C.
P.O. Box 2148
Montgomery, Alabama 36102

Jack Owen, Esq.
Ball, Ball, Matthews & Novak, P.C.
P.O. Box 2148
Montgomery, Alabama 36102

David Proctor, Esq.
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203

_____
Kile T. Turner