IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:06-CV-1097-MHT |
| ) | |
| LOWDER CONSTRUCTION ) | |
| COMPANY, INC. and COLONIAL ) | |
| REALTY LIMITED PARTNERSHIP, ) | |
| d/b/a COLONIAL PROPERTIES ) | |
| REALTY LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Lowder Construction Company, Inc. makes the following disclosure:

It has no parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors committee or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047 other than the Colonial Company which is its shareholder.

BALL, BALL, MATTHEWS & NOVAK, P.A.


/s/ Tabor R. Novak, Jr. – NOV001


/s/ Jack Owen       – OWE009
Attorneys for the Defendant Counterclaimant
Lowder Construction Company, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: TNOVAK@BALL-BALL.COM
       CCOWEN@BALL-BALL.COM

---

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kile T. Turner, Esq.
Norman, Wood, Kendrick & Turner
505 20th Street North, Suite 1600
Birmingham, Alabama 35203

Colonial Realty Limited Partnership
Attention: Ed Wright
2101 6th Avenue North, Suite 750
Birmingham, Alabama 35203

/s/ Tabor R. Novak, Jr.
OF COUNSEL

2