**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | CV-06-1097-MHT |
| | ) | |
| LOWDER CONSTRUCTION | ) | |
| COMPANY, INC. and COLONIAL | ) | |
| REALTY LIMITED PARTNERSHIP, | ) | |
| d/b/a COLONIAL PROPERTIES REALTY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

See the list attached hereto as Exhibit A.

     /s/ Clark R. Hammond
Clark R. Hammond

     /s/ David W. Proctor
David W. Proctor

     /s/ William D. Jones III
William D. Jones III
Attorneys for Defendant Colonial Realty Limited Partnership d/b/a Colonial Properties Realty Limited Partnership

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kile T. Turner
Norman, Wood, Kendrick & Turner
505 20th Street North, Suite 1600
Birmingham, Alabama 35203

Tabor R. Novak, Jr.
Jack Owen
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102

     /s/ Clark R. Hammond
        OF COUNSEL

W0595598.DOC

# Exhibit A

List of Subsidiaries
Colonial Properties Trust

| Name | Jurisdiction of Formation |
|---|---|
| 1. Colonial Realty Limited Partnership (CRLP) | Delaware |
|    A. Colonial Properties Services Limited Partnership | Delaware |
|    B. Colonial Properties Services, Inc. (CPSI) | Alabama |
|       1. Heathrow 4, LLC | Delaware |
|       2. Heathrow Oakmonte, LLC | Delaware |
|       3. The Colonnade/CLP Management LLC | Delaware |
|       4. Colonial CPSI Colonnade LLC | Delaware |
|       5. CRLP - Colonial Construction Services L.L.C. | Delaware |
|       6. CPSI Mizner, LLC | Delaware |
|       7. Montecito Mizner, LLC | Delaware |
|       8. CPSI St. Andrews, LLC | Delaware |
|       9. Montecito St. Andrews, LLC | Delaware |
|       10. Montecito Merritt at James Island LLC | Delaware |
|       11. Walkers Chapel Road, LLC | Alabama |
|       12. Highway 31 Alabaster, LLC | Alabama |
|       13. Highway 31 Alabaster Two, LLC | Alabama |
|       14. First Ward MB, LLC | Georgia |
|       15. First Ward Residential, LLC | North Carolina |
|       16. Forty Seven Canal Place, LLC | Alabama |
|       17. ACG - CPSI Canyon Creek LP | Delaware |
|       18. Colonial - Coscan Heathrow South, LLC | Florida |
|       19. Sam Ridley, LLC | Delaware |
|       20. Midtown Redevelopment Partners, LLC | North Carolina |
|       21. Colonnade Heritage Deerwood LLC | Delaware |
|       22. Carter Regents Park LLC | Georgia |
|       23. 1755 Central Park Road Condominiums, LLC | Delaware |
|       24. The Azur at Metrowest, LLC | Delaware |
|       25. Capri at Hunter's Creek Condominuims, LLC | Delaware |
|       26. CPSI - UCO LLC | Alabama |
|       27. CPSI-UCO Spanish Oaks, LLC | Alabama |
|       28. CPSI-UCO Grander, LLC | Alabama |
|       29. CPSI-UCO Cypress Village I, LLC | Alabama |
|       30. CPSI_UCO Cypress Village II, LLC | Alabama |
|       31. CPSI-UCO Cypress Village III, LLC | Alabama |
|    C. Parkway Place Limited Partnership | Alabama |
|    D. Colonial Commercial Contracting LLC | Delaware |
|    E. CRLP/CMS, L.L.C. | Delaware |
|       1. Mountian Brook, LLC | Alabama |
|    F. CRLP/CMS II, L.L.C. | Delaware |
|       1. Inverness II, LLC | Alabama |
|       2. Rocky Ridge, LLC | Alabama |
|    G. Heathrow E, LLC | Delaware |
|    H. Heathrow F, LLC | Delaware |
|    I. Heathrow 3, LLC | Delaware |
|    J. Heathrow G, LLC | Delaware |
|    K. Heathrow 6, LLC | Delaware |

List of Subsidiaries
Colonial Properties Trust

| Name | | | Jurisdiction of Formation |
|---|---|---|---|
| L. | | Heathrow I, LLC | Delaware |
| M. | | Highway 150, LLC | Alabama |
| N. | | 600 Building Partners | Alabama |
| O. | | Colonial/Polar BEK Management Company | Alabama |
| P. | | G & I III Madison, LLC | Delaware |
| Q. | | G & I III Meadows, LLC | Delaware |
| R. | | G & I III Colony Woods, LLC | Delaware |
| S. | | G & I IV Cunningham LP | Delaware |
| T. | | Parkside Drive LLC | Tennessee |
| U. | | CRLP VOP, LLC | Delaware |
| | 1. | VOP Beltline Limited Partnership | Delaware |
| V. | | CMS Bayshore Associates Limited Partnership | Florida |
| W. | | CMS Palma Sola Associates Limited Partnership | Florida |
| X. | | CMS Brentwood, LLC | Delaware |
| Y. | | CMS Hendersonville, LLC | Delaware |
| Z. | | The Colonnade/CLP LLC | Delaware |
| AA. | | CRLP Durham, LP | Delaware |
| BB. | | CRLP Roswell, LP | Delaware |
| CC. | | G & I V Riverchase LLC | Delaware |
| DD. | | Walkers Chapel Road Two, LLC | Alabama |
| EE. | | ACG-CRLP Crescent Matthews LLC | Delaware |
| FF. | | Belterra Investors LLC | Delaware |
| GG. | | Park Crossing Associates LLC | Delaware |
| HH. | | Colonial 100/200 Owner, LLC | Delaware |
| | 1. | A-Colonial 100/200 Owner, LLC | Delaware |
| II. | | Colonial 300/500 Owner, LLC | Delaware |
| | 1. | A- Colonial 300/500 Owner, LLC | Delaware |
| JJ. | | Colonial Retail Owner, LLC | Delaware |
| | 1. | A - Colonial Retail Owner, LLC | Delaware |
| KK. | | Colonial Retail Development, LLC | Delaware |
| | 1. | A-Colonial Retail Development Owner, LLC | Delaware |
| LL. | | Colonial North Development, LLC | Delaware |
| | 1. | A - Colonial North Development Owner, LLC | Delaware |
| MM. | | Colonial East Development, LLC | Delaware |
| | 1. | A- Colonial East Development Owner, LLC | Delaware |
| NN. | | CLNL Acquisition Sub LLC | Delaware |
| | 1. | Apple REIT II Limited Partnership | Virginia |
| | 2. | Apple REIT III Limited Partnership | Virginia |
| | 3. | Apple REIT IV Limited Partnership | Virginia |
| | 4. | Apple REIT Limited Partnership | Virginia |
| | 5. | Apple REIT V Limited Partnership | Virginia |
| | 6. | Apple REIT VI Limited Partnership | Virginia |
| | 7. | Apple REIT VII Limited Partnership | Virginia |
| | 8. | Apple-CRIT Limited LLC | Delaware |
| | 9. | Apple-CRIT General LLC | Delaware |
| | 10. | Autumn Park Apartments, LLC | North Carolina |

List of Subsidiaries
Colonial Properties Trust

| Name | Jurisdiction of Formation |
|---|---|
| 11. CAC II Limited Partnership | Virginia |
| 12. CAC II Special General LLC | Delaware |
| 13. CAC II Special Limited LLC | Delaware |
| 14. CAC III Limited Partnership | Virginia |
| 15. CAC III Special General LLC | Delaware |
| 16. CAC III Special Limited LLC | Delaware |
| 17. CAC IV Limited Partnership | Virginia |
| 18. CAC IV Special General LLC | Delaware |
| 19. CAC IV Special Limited LLC | Delaware |
| 20. CAC Limited Partnership | Virginia |
| 21. CAC Special General LLC | Delaware |
| 22. CAC Special Limited LLC | Delaware |
| 23. CAC V Limited Partnership | Virginia |
| 24. CAC V Special General LLC | Delaware |
| 25. CAC V Special Limited LLC | Delaware |
| 26. CAC VI Limited Partnership | Virginia |
| 27. CAC VI Special General, Inc. | Virginia |
| 28. CAC VI Special Limited LLC | Delaware |
| 29. CAC VII Limited Partnership | Virginia |
| 30. CAC VII Special General LLC | Delaware |
| 31. CAC VII Special Limited LLC | Delaware |
| 32. Cornerstone Acquisition Company LLC | Delaware |
| 33. Cornerstone Merger Sub, LLC | Delaware |
| 34. Cornerstone NC Operating Limited Partnership | Virginia |
| 35. CRIT - Dunwoody LLC | Delaware |
| 36. CRIT - NC Three LLC | Delaware |
| 37. CRIT - NC Two LLC | Delaware |
| 38. CRIT - SC LP LLC | Delaware |
| 39. CRIT General LLC | Delaware |
| 40. CRIT Special II LLC | Delaware |
| 41. CRIT Special III LLC | Delaware |
| 42. CRIT Special IV LLC | Delaware |
| 43. CRIT Special LLC | Delaware |
| 44. CRIT-Cape Landing LLC | Delaware |
| 45. CRIT-Cornerstone Limited Partnership | Virginia |
| 46. CRIT-Enclave at Poplar Place, LLC | Virginia |
| 47. CRIT-Glen Eagles, LLC | Virginia |
| 48. CRIT-Landings, LLC | Virginia |
| 49. CRIT-Legacy LLC | Delaware |
| 50. CRIT-Meadows, LLC | Virginia |
| 51. CRIT-Mill Creek, LLC | Virginia |
| 52. CRIT-NC Four LLC | Delaware |
| 53. CRIT-NC V, LLC | Delaware |
| 54. CRIT-Poplar Place, LLC | Virginia |
| 55. CRIT-SC GP LLC | Delaware |
| 56. CRIT-SPE I LLC | Delaware |

List of Subsidiaries
Colonial Properties Trust

| Name | Jurisdiction of Formation |
|---|---|
| 57. CRIT-VA II LLC | Delaware |
| 58. CRIT-VA III LLC | Delaware |
| 59. CRIT-VA IV LLC | Delaware |
| 60. CRIT-VA LLC | Delaware |
| 61. CRIT-VA V LLC | Delaware |
| 62. CRIT-VA VI LLC | Delaware |
| 63. Deposit Waiver LLC | Delaware |
| 64. Greentree LLC | Georgia |
| 65. Legacy Park Apartments, LLC | North Carolina |
| 66. Marsh Cove Apartments LLC | Georgia |
| 67. Merritt at Godley Station, LLC | Georgia |
| 68. Merry Land Property Management, LLC | Delaware |
| 69. ML Apartments I LLC | Delaware |
| 70. ML Apartments II LLC | Delaware |
| 71. ML Apartments III LLC | Delaware |
| 72. ML Apartments IV LLC | Delaware |
| 73. ML Hammocks at Long Point, L.L.C. | Georgia |
| 74. ML Huntington, L.L.C. | Georgia |
| 75. ML James Island Apartments, L.P. | Georgia |
| 76. ML Whitemarsh LLC | Georgia |
| 77. ML Windsor Place, L.L.C. | Georgia |
| 78. Quarterdeck Apartments LLC | Georgia |
| 79. St. Andrews Place Apartments, LLC | North Carolina |
| 80. St. Andrews Place II, LLC | North Carolina |
| 81. Timber Crest Apartments, LLC | North Carolina |
| 82. Trinity Commons Apartments, LLC | North Carolina |
| 83. Trinity Commons II, LLC | North Carolina |
| 84. Waters Edge Apartments LLC | Georgia |
| 85. CRIT Holdings, L.P. | Virginia |
| 86. CRIT-NC, LLC | Virginia |
| 87. APA II, LLC | North Carolina |
| 88. Master SC Apartments L.P. | Delaware |
| 89. SAP IV Arbors NF GP L.L.C. | Delaware |
| 90. SAP IV SR NF GP L.C.C. | Delaware |
| 91. Arbors at Windsor Lakes Apartments NF L.P. | Delaware |
| 92. SR Apartments NF L.P. | Delaware |
| 93. Merritt at Godley Station II, LLC | Georgia |
| OO. Colonial Retail JV LLC | Delaware |
| 1. Marelda Retail Development LLC | Delaware |
| 2. Marelda Bel Air Mall LLC | Delaware |
| 3. Marelda Greenville Mall LLC | Delaware |
| 4. Marelda Glynn Place Mall LLC | Delaware |
| 5. Marelda Valdosta Mall LLC | Delaware |
| 6. Marelda University Village Mall LLC | Delaware |
| 7. Marelda Myrtle Beach Mall LLC | Delaware |
| 8. Marelda TRS LLC | Delaware |

List of Subsidiaries
Colonial Properties Trust

| Name | | | Jurisdiction of Formation |
|---|---|---|---|
| PP. | | Colonial Office JV LLC | Delaware |
| | 1. | CRTP OP LLC | Delaware |
| | 2. | DRA CRT LP Germantown Center LLC | Delaware |
| | 3. | DRA CRT GP Germantown Center LLC | Delaware |
| | 4. | DRA CRT Germantown Center L.P. | Delaware |
| | 5. | CR Decoverly LLC | Maryland |
| | 6. | CR Decoverly 15200 LLLP | Maryland |
| | 7. | DRA CRT Decoverly 15200 LLC | Delaware |
| | 8. | DRA CRT LP Greensboro Land LLC | Delaware |
| | 9. | DRA CRT GP Greensboro Land LLC | Delaware |
| | 10. | DRA CRT Greensboro Land LLC | Delaware |
| | 11. | CRT BFC GP LLC | Florida |
| | 12. | CRT BFC Ltd. | Delaware |
| | 13. | CRT CTA GP LLC | Delaware |
| | 14. | CTA Partners LP | Delaware |
| | 15. | CRT Decoverly LLC | Maryland |
| | 16. | CR Decoverly 9501 LLLP | Maryland |
| | 17. | CRT Post Oak Inc. | Delaware |
| | 18. | CRT Post Oak LP | Delaware |
| | 19. | Mez DRA CRT LP Post Oak LLC | Delaware |
| | 20. | DRA CRT GP Post Oak LLC | Delaware |
| | 21. | CRT BMWCX Ltd. | Florida |
| | 22. | CRT BM GP LLC | Delaware |
| | 23. | CRT Baymeadows Ltd. | Florida |
| | 24. | CRT WC GP LLC | Delaware |
| | 25. | CRT Westchase LP | Delaware |
| | 26. | DRA CRT LP Vanguard Center Land LLC | Delaware |
| | 27. | CRA CRT GP Vanguard Center Land LLC | Delaware |
| | 28. | CRA CRT Vanguard Center Land LP | Delaware |
| | 29. | CRT Las Olas GP LLC | Delaware |
| | 30. | CRT Las Olas LP | Delaware |
| | 31. | CRT ELO GP LLC | Delaware |
| | 32. | ELO Associates II Ltd. | Florida |
| | 33. | CRT McGinnis Park LLC | Florida |
| | 34. | McGinnis Park Ltd. | Florida |
| | 35. | CRT/McGinnis Office LLC | Florida |
| | 36. | CRT/McGinnis Office Ltd. | Florida |
| | 37. | CRT/McGinnis Undeveloped LLC | Florida |
| | 38. | CRT/McGinnis Developed LLC | Florida |
| | 39. | Mez DRA CRT LLC | Delaware |
| | 40. | DRA CRT Lake Mary Center LLC | Delaware |
| | 41. | DRA CRT Perimeter Center LLC | Delaware |
| | 42. | DRA CRT Chamblee Center LLC | Delaware |
| | 43. | DRA CRT GP Charlotte University Center LLC | Delaware |
| | 44. | DRA CRT LP Charlotte University Center LLC | Delaware |
| | 45. | DRA CRT Charlotte University Center LP | Delaware |

List of Subsidiaries
Colonial Properties Trust

| Name | Jurisdiction of Formation |
|---|---|
| 46. CRT MK Oak Park LP | Delaware |
| 47. CRT Signature Place GP LLC | Delaware |
| 48. CRT Signature Place LP | Delaware |
| 49. CRT Ravinia MZ LLC | Delaware |
| 50. CRT Ravinia LLC | Delaware |
| 51. DRA CRT Baymeadows Center LLC | Delaware |
| 52. CRA CRT Alabama Land LLC | Delaware |
| 53. DRA CRT JTB Center LLC | Delaware |
| 54. DRA CRT Gwinett Land LLC | Delaware |
| 55. DRA CRT Orlando University Center LLC | Delaware |
| 56. DRA CRT Greenville Park Land LLC | Delaware |
| 57. DRA ACP LLC | Delaware |
| 58. DRA CRT Orlando Central Center LLC | Delaware |
| 59. DRA CRT Orlando Central Land LLC | Delaware |
| 60. DRA CRT TRS Corp. | Delaware |
| 61. CRT Decoverly 9509 LLC | Maryland |
| 62. CR Decoverly 9509 LLLP | Maryland |
| 63. C/Dallas I Inc. | Delaware |
| 64. CRT Dallas I Limited Partnership | Delaware |
| 65. C/Dallas II Inc. | Delaware |
| 66. CRT Realty Services Inc. | Florida |
| 67. CRT Dallas II Limited Partnership | Delaware |
| 68. ACP Fitness Center LLC | Georgia |
| 69. TRC Holdings LLC | Georgia |
| 70. DRA CRT Paragon Place Center LLC | Delaware |
| 71. DRA CRT St. Petersburg Center LLC | Delaware |
| 72. DRA CRT Gwinnett Center LLC | Delaware |
| 73. CRA CRT Landstar LLC | Delaware |
| 74. Dra CRT Tallahassee Center LLC | Delaware |
| 75. CRT Vanguard Partners L.P. | Delaware |
| 76. DRA CRT St. Petersburg Land LLC | Delaware |
| 77. DRA CRT Kogerama Land LLC | Delaware |
| 78. CRT WPB Cityplace LLC | Florida |
| 79. CRT WPB Cityplace Ltd. | Florida |