**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | CV-06-1097-MHT |
| ) | |
| LOWDER CONSTRUCTION ) | |
| COMPANY, INC. and COLONIAL ) | |
| REALTY LIMITED PARTNERSHIP, ) | |
| d/b/a COLONIAL PROPERTIES REALTY ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

**COMES NOW** the plaintiff, **Amerisure Insurance Company ("Amerisure"),** and asks for additional time to respond to defendant Lowder Construction Company, Inc.'s Motion to Strike Expert. As grounds, plaintiff pleads as follows:

1. Counsel for plaintiff will be out of the office and unable to respond to the motion during the week of September 10 – 14, 2007.

2. Plaintiff's counsel has conferred with counsel for defendant, Lowder, and he has no objection to an extension of time to respond.

3. No parties will be prejudiced by an extension of time to respond.

**WHEREFORE, PREMISES CONSIDERED,** plaintiff asks this Honorable Court for an extension of time to respond to defendant Lowder Construction Company, Inc.'s Motion to Strike Expert.

        Respectfully submitted,

        s/ Kile T. Turner
        Kile T. Turner
        Bar Number: ASB-8182-U83K
        Attorney for Plaintiff
        Norman, Wood, Kendrick & Turner
        Financial Center – Suite 1600
        505 20th Street North
        Birmingham, Alabama  35203
        Phone: (205) 328-6643
        Fax:  (205) 251-5479
        Direct Dial:  (205) 259-1033
        Email:  kturner@nwkt.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: crh@jbpp.com, wjones@jbpp.com, tnovak@ball-ball.com, ccowen@ball-ball.com, and dwp@jbpp.com and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

        s/ Kile T. Turner
        Norman, Wood, Kendrick & Turner
        Financial Center – Suite 1600
        505 20th Street North
        Birmingham, AL  35203
        Phone:  (205) 328-6643
        Fax:  (205) 251-5479
        Direct Dial:  (205) 259-1033
        Email:  kturner@nwkt.com