IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


AMERISURE INSURANCE          )
COMPANY,                     )
                             )
        Plaintiff,           )
                             )        CIVIL ACTION NO.
        v.                   )        2:06cv1097-MHT
                             )
LOWDER CONSTRUCTION          )
COMPANY, INC., and           )
COLONIAL REALTY LIMITED      )
PARTNERSHIP, etc.,           )
                             )
        Defendants.          )

ORDER

It is ORDERED that the motion to stay deadline for

disclosure of expert witnesses (Doc. No. 13) is granted.

DONE, this the 12th day of September, 2007.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE