IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| **AMERISURE INSURANCE COMPANY,** | ) ) ) | | |
| Plaintiff, | ) ) | CIVIL ACTION NO. | |
| v. | ) ) | 2:06cv1097-MHT | |
| **LOWDER CONSTRUCTION COMPANY, INC., and COLONIAL REALTY LIMITED PARTNERSHIP, etc.,** | ) ) ) ) ) | | |
| Defendants. | ) | | |

### ORDER

It is ORDERED that the motion to strike and alternative motion to exclude expert testimony (Doc. No. 14) are set for submission, without oral argument, on September 27, 2007, with all briefs due by said date.

DONE, this the 12th day of September, 2007.

                             /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE