IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v.  ) ) | 2:06cv1097-MHT |
| LOWDER CONSTRUCTION COMPANY, INC., and COLONIAL REALTY LIMITED PARTNERSHIP, etc., ) ) ) ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 15) is denied as moot.

DONE, this the 12th day of September, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**