IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv1097-MHT |
| LOWDER CONSTRUCTION COMPANY, INC., and COLONIAL REALTY LIMITED PARTNERSHIP, etc., | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for leave to file response (Doc. No. 21) is granted.

DONE, this the 2nd day of October, 2007.

            /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE